FILED: October 15, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-229
(2:24-cv-00700-EWH-RJK)

---

CHEX SYSTEMS, INC.

Petitioner

v.

SHARON K. RIDDICK, on behalf of herself and all others similarly situated

Respondent

---

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Norfolk |
| Date Petition Filed: | **/**/**** |
| Petitioner(s) | CHEX SYSTEMS, INC. |
| Appellate Case Number | 26-229 |
| Case Manager | R. Phillips<br>804-916-2702 |