FILED: October 22, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-229
(2:24-cv-00700-EWH-RJK)

---

CHEX SYSTEMS, INC.

Petitioner

v.

SHARON K. RIDDICK, on behalf of herself and all others similarly situated

Respondent

---

O R D E R

---

The court grants the motion for extension and extends the time for filing a response to 11/09/2026.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk